# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JOHN KIRBY WRIGHT                                                          PLAINTIFF
ADC #99769

v.                                  NO. 2:14CV00004 JLH

MIKE BEEBE, *et al.*                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 28th day of February, 2014.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE